CHARLES L. SCHLESINGER, as Administrator of the Estate of NATHAN SCHLESINGER, Deceased, Appellant, *v.* NEW YORK TELEPHONE COMPANY, Respondent.

Argued June 11, 1946; decided July 23, 1946.

538

*Sidney J. Feltenstein* for appellant.

*Jordan R. Bassett, Carl M. Abromeit, Irving W. Young* and *Ralph W. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.